# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

April 21, 2022

_____

CALENDAR NOTICE

_____

The requests for attendance at oral argument submitted by Washington Post reporter Rachel Weiner in No. 21-2205, *Justice 360 v. Stirling*; 22-1251, *Cawthorn v. Amalfi*; 21-4554, *US v. Brown*; and 20-7702, *US v. Fallin*, have been approved. The attendance request in 20-7320, *US v. Goodwin*, is disallowed due to inadequate courtroom space.

*Patricia S. Connor*

    Clerk of Court